Form 1

# Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case No.:** 18-80362 | **Trustee Name:** (330780) Andrew S. Erickson |
| **Case Name:** PERE MARQUETTE HOTEL, LLC | **Date Filed (f) or Converted (c):** 12/06/2018 (c) |
| | **§ 341(a) Meeting Date:** 04/16/2018 |
| **For Period Ending:** 03/31/2022 | **Claims Bar Date:** 07/15/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account Account at Southside Bank, xxxxxx0435 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | A/R Over 90 days old. Face amount = $101,016.69. Doubtful/Uncollectible accounts = $0.00. | 101,016.69 | 0.00 | | 0.00 | FA |
| 3 | A/R Over 90 days old. Face amount = $202,999.96. Doubtful/Uncollectible accounts = $0.00. | 202,999.96 | 0.00 | | 0.00 | FA |
| 4 | A/R Over 90 days old. Face amount = $4,854,766.19. Doubtful/Uncollectible accounts = $0.00. | 4,854,766.19 | 0.00 | | 0.00 | FA |
| 5 | A/R Over 90 days old. Face amount = $21,639.79. Doubtful/Uncollectible accounts = $0.00. | 21,639.79 | 0.00 | | 0.00 | FA |
| 6 | A/R Over 90 days old. Face amount = $449,000.00. Doubtful/Uncollectible accounts = $0.00. | 449,000.00 | 0.00 | | 0.00 | FA |
| 7 | Furniture and Fixtures located at Historic Hotel Property. Valuation Method: N/A | Unknown | 0.00 | | 0.00 | FA |
| 8 | Furniture and Fixtures located at Courtyard Hotel Property.. | Unknown | 0.00 | | 0.00 | FA |
| 9 | Hotel and Parking Garage, 501 Main Street, Peoria, IL, and adjacent addresses, PINs 001-18-09-206-015, 016,017, Fee Simple, Valuation Method: Appraisal | 58,100,000.00 | 0.00 | | 0.00 | FA |
| 10 | Adversary Case against Monte Brannan (19-8024) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Adversary case against Gary Matthews (19-8025) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets Totals** (Excluding unknown values) | **$63,729,422.63** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TIR period ending 3-31-22: See Report lead case in jointly administered case, GEM HOSPITALITY, LLC case 18-80361

To do: File adversary complaints on preferential payments (3/17/2020)

10.23.19 - Adversary against Brannan voluntarily dismissed due to lack of standing. GEM joined Matthews in lawsuit against the City of Peoria (tortious interference with business relations), in beginning stages. Requests for voluntary turnover of preferential payments sent

Adversary against Gary Matthews (19-8025) and Monte Brannan (19-8024) for fraudulent transfers

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 03/17/2021 | **Current Projected Date Of Final Report (TFR):** | 12/15/2022 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 18-80362                                                       **Trustee Name:** (330780) Andrew S. Erickson
**Case Name:** PERE MARQUETTE HOTEL, LLC                    **Date Filed (f) or Converted (c):** 12/06/2018 (c)
                                                                                                  **§ 341(a) Meeting Date:** 04/16/2018
**For Period Ending:** 03/31/2022                                            **Claims Bar Date:** 07/15/2018

05/12/2022                                                      /s/Andrew S. Erickson
_____                                                  _____
Date                                                                             Andrew S. Erickson